THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT CIPOLLINI, | : |
| Plaintiff, | : 3:22-CV-1225 |
| | : (JUDGE MARIANI) |
| v. | : (Magistrate Judge Arbuckle) |
| DREW MCLAUGHLIN, | : |
| Defendant. | : |

### ORDER

AND NOW, THIS ___10th___ DAY OF DECEMBER, 2022, upon review of Magistrate Judge William I. Arbuckle's Report and Recommendation ("R&R") (Doc. 13) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 13) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), without leave to amend.

3. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge